B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Irvine Brothers, Inc. dba Ws China Bistro** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all):<br>**26-0311658** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**17585 Harvard Ave, Suite A**<br>**Irvine, CA 92614**<br>ZIP CODE **92614-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **17585 Harvard Avenue #A** **Irvine, CA 92614** ||

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
**Check if:**
☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000
**Check all applicable boxes:**
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Debts**

**B1 (Official Form 1) (1/08)**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (1/08)                                                                                              Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Irvine Brothers, Inc. dba Ws China Bistro** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

B1 (Official Form 1) (1/08)                                                                        Page 4

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Irvine Brothers, Inc. dba Ws China Bistro** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**/s/ Anthony O Egbase, Esq.**
X **/s/ Cheryl L. Christopher**
Signature of Attorney for Debtor(s)
**Anthony O Egbase, Esq. 181721**
**Cheryl L. Christopher 92872**
Printed Name of Attorney for Debtor(s)
**Law Offices of Anthony O. Egbase**
Firm Name
**800 W 1st. Street**
**Suite 400- 1, Los Angeles, Ca 90012**
Address
**(213)620-7070 Fax:(213)620-1200**
Telephone Number
**February 11, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address
X _____

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Fernando W. Chong**
Signature of Authorized Individual
**Fernando W. Chong**
Printed Name of Authorized Individual
**president**
Title of Authorized Individual
**February 11, 2010**
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Irvine Brothers, Inc. dba Ws China Bistro**      Case No. _____
                                            Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **E.D.D**<br>**Bankruptcy Group MIC**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280** | **E.D.D**<br>**Bankruptcy Group MIC**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280** | **sales Tax** | | **8,319.00** |
| **Harbor Distributing**<br>**Los Angeles, CA 90084** | **Harbor Distributing**<br>**Los Angeles, CA 90084** | **Trade debt** | | **800.00** |
| **Ingardin Brothers**<br>**700 Harthaway street**<br>**Santa Ana, CA 92705** | **Ingardin Brothers**<br>**700 Harthaway street**<br>**Santa Ana, CA 92705** | **Trade debt** | | **5,000.00** |
| **Irvine Company**<br>**100 Innovation Drive**<br>**Irvine, CA 92617** | **Irvine Company**<br>**100 Innovation Drive**<br>**Irvine, CA 92617** | **Lease of business premises** | **Unliquidated**<br>**Subject to Setoff** | **94,000.00** |
| **Regal Wine**<br>**P. O. Box 60000**<br>**San Francisco, CA 94160** | **Regal Wine**<br>**P. O. Box 60000**<br>**San Francisco, CA 94160** | **Trade debt** | | **1,000.00** |
| **Santa Monica Seafood**<br>**18561 Broadway**<br>**Compton, CA 90220** | **Santa Monica Seafood**<br>**18561 Broadway**<br>**Compton, CA 90220** | **Trade debt** | | **3,000.00** |
| **Southern Wine**<br>**Los Angeles, CA 90074** | **Southern Wine**<br>**Los Angeles, CA 90074** | **Trade debt** | | **2,000.00** |
| **sysco**<br>**20901 E Currier Road**<br>**Walnut, CA 91789** | **sysco**<br>**20901 E Currire rd**<br>**Walnut, CA 91789**<br>**9095959595** | **Trade debt** | | **4,000.00** |
| **The Paper Co**<br>**2815 Walnut Ave**<br>**Irvine, CA 92606** | **The Paper Co**<br>**2815 Walnut Ave**<br>**Irvine, CA 92606** | **Trade debt** | | **3,000.00** |
| **U. S Foods**<br>**Los Angeles, CA 90074** | **U. S Foods**<br>**Los Angeles, CA 90074** | **Trade debt** | | **2,000.00** |
| **Wells Financial National Bank**<br>**1620 E Roseville Parkway #100**<br>**Roseville, CA 95661** | **Wells Financial National Bank**<br>**1620 E Roseville Parkway #100**<br>**Roseville, CA 95661** | **restaurant** | | **793,700.00**<br><br>**(200,000.00 secured)** |
| **Ye Yuin Linen**<br>**2575 S Normandie Ave**<br>**Los Angeles, CA 90007** | **Ye Yuin Linen**<br>**2575 S Normandie Ave**<br>**Los Angeles, CA 90007** | **Trade debt** | | **1,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Irvine Brothers, Inc. dba Ws China Bistro**                           Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Youngs Market**<br>**P. O. Box 37145**<br>**Los Angeles, CA 90030** | **Youngs Market**<br>**P. O. Box 37145**<br>**Los Angeles, CA 90030** | **Trade debt** | | **1,000.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the president of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 18, 2010**                           Signature  **/s/ Fernando W. Chong**
                                                                              **Fernando W. Chong**
                                                                              **president**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

.

# United States Bankruptcy Court
### Central District of California

In re    **Irvine Brothers, Inc. dba Ws China Bistro** _____ ,    Case No. _____
                                                  Debtor

                                                                          Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Fernando Chong**<br>**1729 10th street**<br>**Manhattan Beach, CA 90266** | **common stock** | **333,334** | **34%** |
| **Marcelino Chong**<br>**308 Avenue D**<br>**Redondo Beach, CA 90277** | **common stock** | **333,333** | **33%** |
| **Robert Chong**<br>**405 S prospect Ave**<br>**Manhattan Beach, CA 90266** | **common stock** | **333,333** | **33%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the president of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**February 18, 2010**_____    Signature  **/s/ Fernando W. Chong**_____
                                                      **Fernando W. Chong**
                                                      **president**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **none**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **none**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **none**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **none**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Los Angeles,California** , California.

Dated   **February 18, 2010**

**/s/ Fernando W. Chong**
**Fernando W. Chong**
*Debtor*

*Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Irvine Brothers, Inc. dba Ws China Bistro**             ,     Case No. _____

                               Debtor

Chapter             **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 12 | 98,800.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 808,700.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 8,319.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 116,800.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 98,800.00 | | |
| Total Liabilities | | | | 933,819.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Irvine Brothers, Inc. dba Ws China Bistro** _____,

                              Debtor

Case No. _____

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Irvine Brothers, Inc. dba Ws China Bistro**

                            Debtor                                    , Case No. _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

    **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Irvine Brothers, Inc. dba Ws China Bistro**                                    ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Union Bank of California, Irvine Brothers Location: 17595 Harvard Ave, Suite G, Irvine, CA 92614** | - | 2,500.00 |
| | | | **Bank of America, Checking Account for Business Location: 1601 S. Pacific Coast Hwy, Redondo Beach, CA 90277** | - | 2,300.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **$17000 irvine Company Inc 100 Innovation Irvine, Ca 92617** | - | 17,000.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          21,800.00
(Total of this page)

___2___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Irvine Brothers, Inc. dba Ws China Bistro**       ,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Irvine Brothers, Inc. dba Ws China Bistro**                              ,    Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Liquor License**<br>**Location: 17585 Harvard Ave, Suite A, Irvine CA** | - | **22,000.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Toyota Sequoia 2008**<br>**Location: 17585 Harvard Ave, Suite A, Irvine CA** | - | **5,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Location: 17585 Harvard Ave, Suite A, Irvine CA** | - | **1,500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **see attached**<br>**Location: 17585 Harvard Ave, Suite A, Irvine CA** | - | **38,500.00** |
| 30. Inventory. | | **see attached**<br>**Location: 17585 Harvard Ave, Suite A, Irvine** | - | **10,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | **77,000.00** | |
| (Total of this page) | | |
| Total > | **98,800.00** | |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

## Bar Glassware Inventory-Irvine

| TYPE | COUNT | COST |
|------|-------|------|
| Champagne flutes | 20 | |
| Hurricane glasses | 9 | |
| Coffee/specialty glasses | 10 | |
| Martini glasses | 27 | |
| White wine glasses | 53 | |
| Cabernet glasses | 10 | |
| Pinot noir glasses | 10 | |
| Snifter glasses | 18 | |
| Sake cups (black) | 7 | |
| Sake cups (white) | 6 | |
| Old beer glasses | 40 | |
| New beer glasses | 24 | |
| Rock glasses | 57 | |
| Shot glasses | 23 | |
| Wine chillers | 2 | |
| Big dessert martini glasses | 2 | |
| Large sake carafes (black) | 3 | |
| Small sake carafes (black) | 4 | |
| Sake carafes (other) | 4 | |
| Martini shakers | 3 | |
| Martini strainers | 2 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## Bar Miscellanous

| | | |
|------|------|------|
| Black arrow picks | 7 boxes | |
| Cocktail straws | 6 boxes | |
| Jumbo cocktail straws | 3 boxes | |
| Blender | 2 | |
| Bar drink mats | 6 | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Kitchen Inventory

| | | |
|---|---|---|
| SS water pitchers | 4 | |
| Plastic pitchers | 12 | |
| Coffee presspots (small) | 8 | |
| Coffee presspots (large) | 2 | |
| Tea presspots (small) | 7 | |
| Tea presspots (large) | 2 | |
| Serving trays | 8 | |
| Loose tea containers | 3 | |
| Plastic employee cups | 18 | |
| Water glasses | 81 | |
| 12oz glasses | 35 | |
| Tea cups | 50 | |
| Teacup liners | 16 | |
| Coffee cups | 18 | |
| Espresso cups | 9 | |
| Coffee creamers | 8 | |
| Espresso steamers | 2 | |
| Spring roll sauce containers | 102 | |
| Soup cups | 64 | |
| Soup cup liners | 81 | |
| Soup bowls | 50 | |
| Soup bowl liners | 58 | |
| Soup spoons | 147 | |
| Small serving spoons | 32 | |
| Soup ladles | 6 | |
| Forks | 210 | |
| Knives | 58 | |
| Serving spoons | 57 | |
| Server checkbooks | 19 | |
| Square appetizer plates | 144 | |
| Round dinner plates | 96 | |
| Small ramekins | 75 | |
| Large ramekins | 77 | |
| Large soup bowls | 15 | |
| Entrée plates | 45 | |
| Lunch entrée plates | 70 | |
| Happy hour plates | 33 | |
| Edamame plates | 17 | |
| Appetizer plates (rectangular) | 28 | |
| Happy hour calamari plates | 12 | |
| Regular calamari plates | 11 | |
| Dim sum appetizer plates | 8 | |
| Long rectangular appetizer plates | 12 | |

| | | |
|---|---|---|
| Coffee plastic containers | 2 | |
| Long dessert/iced tea spoons | 71 | |
| Chili paste spoons | 28 | |
| Spatulas | 5 | |
| Mixing bowls (small) | 25 | |
| Mixing bowls (medium) | 10 | |
| Mixing bowls (large) | 4 | |
| Chinese cleavers | 4 | |
| Cutting knives | 3 | |
| Peelers | 4 | |
| Cutting boards | 4 | |
| Woks | 6 | |
| Cooking ladles | 5 | |
| Cooking spatulas | 2 | |
| Whips | 4 | |
| Ingredient  bins | 4 | |
| Food containers (medium) | 22 | |
| Food containers (large) | 15 | |
| Wired shelving sets | 6 | |
| Plastic Shelving sets | 9 | |
| SS pots (small) | 9 | |
| SS pots (large) | 16 | |
| SS small ware | 38 | |
| SS pans (small) | 35 | |
| SS pans (large) | 18 | |
| Serving spoons | 16 | |
| Tongs | 12 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Equipment

| | | |
|---|---|---|
| Wok Range, customed by General | 1 | |
| 36" gas range with 6 burners | 1 | |
| Fryer, Frymaster | 1 | |
| 25" Charbroiler | 1 | |
| True Chef Base refrigerator | 1 | |
| Groen Vortex steamer | 1 | |
| Rice cooker | 1 | |
| True dual temperature refrigerator/freezer | 1 | |
| Dipper well | 1 | |
| Espresso machine | 1 | |
| Cecilware water boiler | 1 | |
| Iced tea brewer by Sarah Lee | 1 | |
| Soda fountain (lease-Coca Cola) | 1 | |
| True Back bar coolerTTB-3 | 1 | |
| True glass chiller | 1 | |
| Tap beer station | 1 | |
| True back bar cooler TTB-2 | 1 | |
| Rice warmer | 2 | |
| Wells sour warmer | 1 | |
| Ice maker Hoshizaki | 1 | |
| Water softener | 1 | |
| Dishwashing machine (lease-Sysco) | 1 | |
| Tankless water heater | 2 | |
| 3-compartment sink, dishwash | 1 | |
| 3-compartment sink, bar | 1 | |
| Stainless steel tables, bar | 2 | |
| Blenders | 2 | |
| POS system Positouch | 5 | |
| Backoffice computer | 1 | |
| Camera system | 1 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Furniture

| | | |
|---|---|---|
| Tables-4 tops | 14 | |
| Tables-2 tops | 10 | |
| chairs | 41 | |
| Booth-sets | 3 | |
| Booth-separates | 5 | |
| Patio Tables-4 tops | 3 | |
| Patio Tables-2 tops | 2 | |
| Patio chairs | 16 | |
| Patio Tables-4 tops | 3 | |
| Patio Tables-2 tops | 2 | |
| Bar Round tables | 5 | |
| Bar chairs | 30 | |

# LIQUOR INVENTORY

| MONTH: | January | 2010 | | | Ws China Bistro-Irvine | |
|---|---|---|---|---|---|---|
| **Vodka** | | | | **$ Cost P/B** | **# Beg INV** | **$ Beg INV** |
| Well Vodka | Southern | LTR | $ | 15.00 | 2.1 | $ 31.50 |
| Absolut | Southern | LTR | $ | 19.49 | | $ - |
| Absolut Citron | Southern | LTR | $ | 25.20 | 1.1 | $ 27.72 |
| Absolut Pear | Southern | LTR | $ | 25.20 | 0.7 | $ 17.64 |
| Absolut Mandarin | Southern | LTR | $ | 25.20 | 0.9 | $ 22.68 |
| Absolut Raspberri | Southern | LTR | $ | 25.20 | 0.5 | $ 12.60 |
| Absolut Peppar | Southern | LTR | $ | 25.20 | 0.9 | $ 22.68 |
| Belvedere | Southern | LTR | $ | 37.70 | 0.7 | $ 26.39 |
| Chopin | Southern | LTR | $ | 38.00 | 0.1 | $ 3.80 |
| Grey Goose | Youngs | LTR | $ | 35.00 | 6.7 | $ 234.50 |
| Grey Goose Orange | Youngs | LTR | $ | 36.20 | 0.4 | $ 14.48 |
| Ketel One | Youngs | LTR | $ | 26.25 | 0.1 | $ 2.63 |
| Stoli | Youngs | LTR | $ | 25.45 | 0.8 | $ 20.36 |
| Stoli Vanilla | Youngs | LTR | $ | 25.45 | 1.3 | $ 33.09 |
| Veev | Southern | LTR | $ | 31.00 | 1.3 | $ 40.30 |
| Three Olives Berry | Youngs | LTR | $ | 27.00 | 1.5 | $ 40.50 |
| Three Olives Mango | Youngs | LTR | $ | 27.00 | 1.4 | $ 37.80 |
| Three Olives Citrus | Youngs | LTR | $ | 27.00 | 1 | $ 27.00 |
| Three Olives Pomeg | Youngs | LTR | $ | 27.00 | | $ - |
| Effen Black Cherry | Youngs | LTR | $ | 31.00 | 0.7 | $ 21.70 |
| Smirnoff Apple | Southern | 750 | $ | 32.00 | 1.1 | $ 35.20 |
| Van Gogh Espres | Youngs | LTR | $ | 31.00 | 0.8 | $ 24.80 |
| Van Gogh Caramel | Youngs | LTR | $ | 31.00 | 2.5 | $ 77.50 |
| **Rum** | | | | **$ Cost P/B** | **# Beg INV** | **$ Beg INV** |
| Well Rum | Youngs | LTR | $ | 15.00 | 1 | $ 15.00 |
| Bacardi | Youngs | LTR | $ | 17.70 | 0.5 | $ 8.85 |
| Bacardi 151 | Youngs | LTR | | | | $ - |
| Bacardi Gold | Youngs | LTR | $ | 19.50 | 0.8 | $ 15.60 |
| Bacardi Limon | Youngs | LTR | | | | $ - |
| Bacardi O | Youngs | LTR | | | | $ - |
| Bacardi Razz | Youngs | LTR | | | | $ - |
| Captain Morgan | Southern | LTR | $ | 18.20 | 1.3 | $ 23.66 |
| Castillo | Youngs | LTR | $ | 7.00 | | $ - |
| Malibu Melon | Youngs | LTR | $ | 17.20 | 0.9 | $ 15.48 |
| Myers's | Southern | 750 | $ | 20.53 | | $ - |
| Sailor Jerry's | Southern | LTR | $ | 17.54 | | $ - |

| | | | $ Cost P/B | # Beg INV | $ Beg INV |
|---|---|---|---|---|---|
| Ten Cane | Southern | LTR | $ 30.00 | | $ - |
| **Whiskey/Bourbon** | | | **$ Cost P/B** | **# Beg INV** | **$ Beg INV** |
| Candian Club | Southern | LTR | $ 18.00 | 0.8 | $ 14.40 |
| Crown Royal | Southern | LTR | $ 27.78 | 1.8 | $ 50.00 |
| Jack Daniels | Youngs | LTR | $ 26.95 | 0.8 | $ 21.56 |
| Jameson | Youngs | LTR | $ 24.00 | 0.2 | $ 4.80 |
| Jim Beam | Southern | LTR | $ 13.45 | 4.9 | $ 65.91 |
| Makers Mark | Southern | LTR | $ 25.37 | 0.8 | $ 20.30 |
| Seagrams 7 | Southern | LTR | $ 14.00 | 1.2 | $ 16.80 |
| Seagrams VO | Southern | LTR | $ 18.00 | | $ - |
| Wild Turkey | Youngs | LTR | $ 30.00 | | $ - |
| **Scotch** | | | **$ Cost P/B** | **# Beg INV** | **$ Beg INV** |
| Chivas Regal | Youngs | LTR | $ 32.00 | 0.7 | $ 22.40 |
| Clan MacGregor | Youngs | LTR | $ 9.00 | | $ - |
| Dewars | Youngs | LTR | $ 28.95 | 0.3 | $ 8.69 |
| Glenfiddech | Youngs | LTR | $ 37.00 | 0.3 | $ 11.10 |
| Glenlivet | Youngs | LTR | $ 37.00 | 0.2 | $ 7.40 |
| Johnny Black | Southern | LTR | $ 35.37 | 0.3 | $ 10.61 |
| Johnny Red | Southern | LTR | $ 25.00 | 1 | $ 25.00 |
| MacAllan 12 | Youngs | LTR | $ 41.05 | 0.3 | $ 12.32 |
| MacAllan 18 | Youngs | LTR | $ 121.45 | 0.8 | $ 97.16 |
| **Tequila** | | | **$ Cost P/B** | **# Beg INV** | **$ Beg INV** |
| Asombroso Anejo | Southern | 750 | $ 164.00 | 0.3 | $ 49.20 |
| Asombroso Silver | Southern | 750 | $ 35.00 | | $ - |
| Corazon Silver | Southern | 750 | $ 33.70 | | $ - |
| Corzo Reposado | Youngs | 750 | $ 38.00 | 1 | $ 38.00 |
| Don Julio 1942 | Southern | 750 | $ 92.87 | | $ - |
| Don Julio Anejo | Southern | 750 | $ 42.70 | | $ - |
| El Tesoro Anejo | Southern | 750 | $ 42.00 | | $ - |
| Herradurra Reposado | Youngs | 750 | $ 34.00 | | $ - |
| Jose Cuervo Silver | Southern | LTR | $ 16.00 | 1 | $ 16.00 |
| Jose Cuervo 1800 | Southern | LTR | $ 26.00 | 1 | $ 26.00 |
| Jose Cuervo Gold | Southern | LTR | $ 16.00 | 0.6 | $ 9.60 |
| La Familia (Jose Cuen | Southern | LTR | $ 98.00 | | $ - |
| Partida Anejo | Youngs | 750 | $ 51.20 | | $ - |
| Partida Reposado | Youngs | 750 | $ 43.20 | | $ - |
| Partida Silver | Youngs | 750 | $ 37.00 | 1.9 | $ 70.30 |
| Patron XO | Southern | 750 | $ 43.00 | 1.9 | $ 81.70 |
| Patron Reposado | Southern | 750 | $ 37.70 | 0.1 | $ 3.77 |
| Patron Silver | Southern | 750 | $ 36.70 | 1.9 | $ 69.73 |
| Sauza Hornitos | Southern | LTR | $ 24.87 | 0 | $ - |
| **Gin** | | | **$ Cost P/B** | | **$ Beg INV** |

| | | | $ Cost P/B | | # Beg INV | $ Beg INV | |
|---|---|---|---|---|---|---|---|
| Beefeaters | Youngs | LTR | $ | 21.37 | 0.5 | $ | 10.69 |
| Bombay | Youngs | LTR | $ | 23.95 | 7.3 | $ | 174.84 |
| Bombay Saphire | Youngs | LTR | $ | 28.45 | 1.7 | $ | 48.37 |
| Damrak | Youngs | 750 | $ | 24.00 | 0 | $ | - |
| Gordons | Southern | LTR | $ | 12.00 | 7.3 | $ | 87.60 |
| Tanqueray | Southern | LTR | $ | 23.70 | 0.1 | $ | 2.37 |
| **Cordials** | | | **$ Cost P/B** | | **# Beg INV** | **$ Beg INV** | |
| Amaretto | Youngs | LTR | $ | 11.03 | | $ | - |
| Apple Pucker | Southern | LTR | $ | 9.87 | 0.6 | $ | 5.92 |
| B&B | Youngs | LTR | $ | 36.00 | | $ | - |
| Baileys | Southern | LTR | $ | 23.00 | 1 | $ | 23.00 |
| Blue Curacao | Southern | LTR | $ | 11.00 | | $ | - |
| Canton | Youngs | LTR | $ | 21.00 | | $ | - |
| Chambord | Youngs | 750 | $ | 28.08 | 1 | $ | 28.08 |
| Cointeau | Youngs | LTR | $ | 30.00 | | $ | - |
| Crème de Cassis | Southern | LTR | $ | 10.53 | | $ | - |
| Crème de Cocao Dark | Southern | LTR | $ | 12.00 | 0.8 | $ | 9.60 |
| Crème de Cocao White | Southern | LTR | $ | 12.00 | 0.9 | $ | 10.80 |
| Disaronno | Youngs | LTR | $ | 25.00 | 0.9 | $ | 22.50 |
| Drambuie | Youngs | LTR | $ | 36.00 | | $ | - |
| Frangelico | Youngs | LTR | $ | 27.00 | 0.8 | $ | 21.60 |
| Galliano | Youngs | 750 | $ | 23.00 | 1 | $ | 23.00 |
| Godiva Black | Southern | 750 | $ | 24.45 | 0.3 | $ | 7.34 |
| Godiva White | Southern | 750 | $ | 24.45 | | $ | - |
| Goldschlager | Southern | LTR | $ | 30.00 | | $ | - |
| Gran Gala | Southern | LTR | $ | 21.00 | | $ | - |
| Gran Marnier | Southern | LTR | $ | 38.00 | 1.1 | $ | 41.80 |
| Jagermiester | Southern | LTR | $ | 22.37 | 0.4 | $ | 8.95 |
| Khalua | Youngs | LTR | $ | 23.62 | 0.5 | $ | 11.81 |
| Midori | Southern | LTR | $ | 19.12 | 0.8 | $ | 15.30 |
| Peachtree | Southern | LTR | $ | 9.87 | 0.6 | $ | 5.92 |
| Peppermint Schnapps | Southern | LTR | $ | 10.00 | 0.5 | $ | 5.00 |
| Sambuca | Southern | 750 | $ | 19.62 | 0.8 | $ | 15.70 |
| Sloe Gin | Southern | LTR | $ | 12.00 | | $ | - |
| Southern Comfort | Youngs | LTR | $ | 21.76 | | $ | - |
| Tia Maria | Youngs | LTR | $ | 24.00 | 1 | $ | 24.00 |
| Triple Sec | Southern | LTR | $ | 4.92 | 0.7 | $ | 3.44 |
| Tuaca | Youngs | 750 | $ | 18.00 | | $ | - |
| **Port** | | | **$ Cost P/B** | | **# Beg INV** | **$ Beg INV** | |
| Dow's 10 | Southern | 750 | $ | 20.00 | 0 | $ | - |
| Dow's 20 | Southern | 750 | $ | 40.00 | 0 | $ | - |
| Dow's 40 | Southern | 750 | $ | 101.00 | 0 | $ | - |

| Cognac | | | $ Cost P/B | # Beg INV | $ Beg INV |
|---|---|---|---|---|---|
| Courvoisier VS | Southern | 750 | $ 24.00 | 0.7 | $ 16.80 |
| Hardy XO | Youngs | 750 | $ 75.00 | 0.1 | $ 7.50 |
| Hennessy | Southern | LTR | $ 34.00 | 1.7 | $ 57.80 |
| Martell Noblige | Youngs | 750 | $ 40.00 | 0 | $ - |
| Martell VS | Youngs | 750 | $ 24.00 | 0 | $ - |
| Remy VSOP | Youngs | 750 | $ 35.00 | 0.6 | $ 21.00 |
| **Brandy** | | | **$ Cost P/B** | **# Beg INV** | **$ Beg INV** |
| Christian Bros | Youngs | LTR | $ 10.12 | 0.5 | $ 5.06 |
| **Vermouth** | | | **$ Cost P/B** | **# Beg INV** | **$ Beg INV** |
| Cinzano Dry | Southern | LTR | $ 7.20 | 1 | $ 7.20 |
| Cinzano Sweet | Southern | LTR | $ 7.00 | 1.25 | $ 7.20 |

|  |  |  |
|---|---|---|
| *(Fill In)* | Beg INV | $ 2,336.35 |
| | Purchases | |
| | Adj Beg Inv | $ 2,336.35 |
| | End INV | $ - |

B6D (Official Form 6D) (12/07)

In re    **Irvine Brothers, Inc. dba Ws China Bistro**                              ,    Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Toyota Financial Services**<br>**P.O. Box 60114**<br>**City of Industry, CA 91716** | | - | **Automobile finance**<br><br>**2008 Toyota Seqouia**<br><br>Value $              **15,000.00** | | | | 15,000.00 | 0.00 |
| Account No. 3805720052<br><br>**Wells Financial National Bank**<br>**1620 E Roseville Parkway #100**<br>**Roseville, CA 95661** | X | - | **12/17/07**<br><br>**construction loan secured by all personal property of restaurant**<br><br>**restaurant**<br><br>Value $             **200,000.00** | | | | 793,700.00 | 593,700.00 |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

**0** ___ continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 808,700.00 | 593,700.00 |
| Total<br>(Report on Summary of Schedules) | 808,700.00 | 593,700.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Irvine Brothers, Inc. dba Ws China Bistro**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Irvine Brothers, Inc. dba Ws China Bistro**  , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. |  |  | 2010 |  |  |  |  |  |  |
| E.D.D Bankruptcy Group MIC P.O. Box 826880 Sacramento, CA 94280 | - |  | sales Tax |  |  |  | 8,319.00 | | 0.00 8,319.00 |
| Account No. |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

| | | | |
|---|---|---|---|
| Sheet  1  of  1  continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 8,319.00 | 0.00 8,319.00 |
| | Total (Report on Summary of Schedules) | 8,319.00 | 0.00 8,319.00 |

B6F (Official Form 6F) (12/07)

In re   **Irvine Brothers, Inc. dba Ws China Bistro**                          ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **47459938** <br><br> **Harbor Distributing** <br> **Los Angeles, CA 90084** | | - | | | Trade debt | | | | 800.00 |
| Account No. **W-175** <br><br> **Ingardin Brothers** <br> **700 Harthaway street** <br> **Santa Ana, CA 92705** | | - | | | Trade debt | | | | 5,000.00 |
| Account No. <br><br> **Irvine Company** <br> **100 Innovation Drive** <br> **Irvine, CA 92617** | | - | | | Lease of business premises     Subject to setoff. | | | X | 94,000.00 |
| Account No. **570425** <br><br> **Regal Wine** <br> **P. O. Box 60000** <br> **San Francisco, CA 94160** | | - | | | Trade debt | | | | 1,000.00 |

__2__   continuation sheets attached

Subtotal
(Total of this page)          100,800.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
S/N:38643-100105   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Irvine Brothers, Inc. dba Ws China Bistro**                                    ,        Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2728** | | | | Trade debt | | | | |
| **Santa Monica Seafood 18561 Broadway Compton, CA 90220** | - | | | | | | | |
| | | | | | | | | 3,000.00 |
| Account No. **21201** | | | | Trade debt | | | | |
| **Southern Wine Los Angeles, CA 90074** | - | | | | | | | |
| | | | | | | | | 2,000.00 |
| Account No. **5** | | | | Trade debt | | | | |
| **sysco 20901 E Currier Road Walnut, CA 91789** | - | | | | | | | |
| | | | | | | | | 4,000.00 |
| Account No. **103412** | | | | Trade debt | | | | |
| **The Paper Co 2815 Walnut Ave Irvine, CA 92606** | - | | | | | | | |
| | | | | | | | | 3,000.00 |
| Account No. **086192** | | | | Trade debt | | | | |
| **U. S Foods Los Angeles, CA 90074** | - | | | | | | | |
| | | | | | | | | 2,000.00 |

Sheet no. __**1**__ of __**2**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Irvine Brothers, Inc. dba Ws China Bistro** , Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **507** <br><br> **Ye Yuin Linen** <br> **2575 S Normandie Ave** <br> **Los Angeles, CA 90007** | | - | | Trade debt | | | | 1,000.00 |
| Account No. **47-0045993** <br><br> **Youngs Market** <br> **P. O. Box 37145** <br> **Los Angeles, CA 90030** | | - | | Trade debt | | | | 1,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **2,000.00**

Total
(Report on Summary of Schedules) **116,800.00**

B6G (Official Form 6G) (12/07)

.

In re    **Irvine Brothers, Inc. dba Ws China Bistro**                          ,    Case No. _____
                                               Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Irvine Company**<br>**100 Innovation Drive**<br>**Irvine, CA 92617** | **Commercial lease debtor is obligated to a ten year lease Commencing 25th day of June 2007 and ending June 27, 2017** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re   **Irvine Brothers, Inc. dba Ws China Bistro** _____ ,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Fernando Chong** | **Wells Financial National Bank** <br> **1620 E Roseville Parkway #100** <br> **Roseville, CA 95661** |
| **Marcelino Chong** | **Wells Financial National Bank** <br> **1620 E Roseville Parkway #100** <br> **Roseville, CA 95661** |
| **Roberto Chong** <br> **2417 Huntington lane** <br> **Redondo Beach, CA 90278** <br> **Mr. Chung interest in real properties located at 2417 Huntington lane, Redondo Beach, Ca 90278 and 2217 Pullman Lane, redondo Beach Ca 90278 was used as additional collateral for creditor's loan** | **wells fargo SBA lend San Diego** <br> **p.o. box 658700** <br> **San Antonio, TX 78265** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Central District of California

In re   **Irvine Brothers, Inc. dba Ws China Bistro**

Debtor(s)

Case No.

Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the president of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **23**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 18, 2010**

Signature   **/s/ Fernando W. Chong**

                **Fernando W. Chong**
                **president**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Irvine Brothers, Inc. dba Ws China Bistro**          Case No.              

                                   Debtor(s)          Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2010: Business Income |
| $0.00 | 2009: Business Income |
| $0.00 | 2008: Business Income |

2

**2. Income other than from employment or operation of business**

None

■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None

■

*Complete a. or b., as appropriate, and c.*

a.     *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

b.     *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| L A Trade | | $3,468.00 | $12,000.00 |
| Ingardin Brothers<br>700 Harthaway street<br>Santa Ana, CA 92705 | | $1,351.00 | $4,000.00 |
| Southern Wine | | $650.00 | $1,000.00 |
| Wells Fargo | | $8,350.00 | $700,000.00 |

None

■

c.     *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Anthony O. Egbase/ Cheryl Christopher 800 W. 1st St. Suite 400-1 Los Angeles, CA 90012** | **12/11/09** | **$8761.00 Prepayment of fees and costs on chap. 11 postpetition work** |
| **Anthony O. Egbase/Cheryl Christopher 800 W. 1st St. Suite 400-1 Los Angeles, CA 90012** | **12/11/09** | **$15000 paid as a prepetition earned upon receipt retainer , plus prefiling costs of $1239. work included completion and filing of Bankruptcy petition and related docs., pre-filing office and tel. consultayions, preplanning and obtaing of all docs. required for timely satisfaction of the UST 7-day package** |

### 10. Other transfers

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

6

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18 . Nature, location and name of business

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None □ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **York Wong** | **2007 through present** |
| **17585 Harvard Avenue #a** | |
| **Irvine, CA 92614** | |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **York Wong** | **17585 Harvard Avenue #A** |
| | **Irvine, CA 92614** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Irvine Company** | **2008** |
| **100 Innovation Drive** | |
| **Irvine, CA 92617** | |

### 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **12/1/09** | **Fernando Chong** | **$50,000 market value analysis** |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **12/1/09** | **Fernando Wong** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Fernando Chong** | **President** | **stock 34%** |
| **Marcelino Chong** | | **stock 33%** |
| **Roberto Chong** | | **stock 33%** |

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

8

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February 18, 2010**                    Signature  **/s/ Fernando W. Chong**
                                                           **Fernando W. Chong**
                                                           **president**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                      1998 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re<br><br>**Irvine Brothers, Inc. dba Ws China Bistro**<br><br>Debtor. | Case No.:<br><br>**DISCLOSURE OF COMPENSATION<br>OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept prepetion earned upon receipt per retainer of average of $462.50 per hr ........................................................ $      **15,000.00**

    Prior to the filing of this statement I have received ...................................... $      23761

    Balance Due ...................................................................................... $   **to be determined by<br>the court.0**

2. The source of the compensation paid to me was

    ☐ Debtor    ☒ Other (specify):   **the Court via approved attorney fee applications, with attorney's time billable at the average rate of $462.50 per hour, plus costs per debtor retainer agreement dated 12/11/09.**

3. The source of compensation to be paid to me is:

    ☐ Debtor    ☒ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services

**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

<table>
<tr><td colspan="2" align="center">**CERTIFICATION**</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr>
<td>**February 11, 2010**<br><br>_____<br>_Date_</td>
<td>**/s/ Anthony O Egbase, Esq.**<br>**/s/ Cheryl L. Christopher**<br>_____<br>**Anthony O Egbase, Esq. 181721**<br>**Cheryl L. Christopher 92872**<br>_Signature of Attorney_<br>**Law Offices of Anthony O. Egbase**<br>_____<br>_Name of Law Firm_<br>**800 W 1st. Street**<br>**Suite 400-10**<br>**(213)620-7070  Fax: (213)620-1200**</td>
</tr>
</table>

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)                                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name  **Anthony O Egbase, Esq. 181721**

Address  **800 W 1st. Street Suite 400-10**

Telephone  **(213)620-7070 Fax: (213)620-1200**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| **CENTRAL DISTRICT OF CALIFORNIA** | |
| List all names including trade names used by Debtor(s) within last 8 years: **Irvine Brothers, Inc. dba Ws China Bistro** | Case No.: |
| | Chapter:          **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __3__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.


Date:  **February 18, 2010**                      **/s/ Fernando W. Chong**

                                                **Fernando W. Chong**/president
                                                Signer/Title

Date:  **February 18, 2010**                      **/s/ Anthony O Egbase, Esq.**

                                                Signature of Attorney
                                                **Anthony O Egbase, Esq. 181721**
                                                **Law Offices of Anthony O. Egbase**
                                                **800 W 1st. Street**
                                                **Suite 400-10**
                                                **(213)620-7070   Fax: (213)620-1200**

Irvine Brothers, Inc. dba Ws China Bistro
17585 Harvard Ave, Suite A
Irvine, CA 92614


Anthony O Egbase, Esq.
Law Offices of Anthony O. Egbase
800 W 1st. Street
Suite 400-10


E.D.D
Bankruptcy Group MIC
P.O. Box 826880
Sacramento, CA 94280


Fernando Chong


Harbor Distributing
Los Angeles, CA 90084


Ingardin Brothers
700 Harthaway street
Santa Ana, CA 92705


Irvine Company
100 Innovation Drive
Irvine, CA 92617


Irvine Company
100 Innovation Drive
Irvine, CA 92617

Marcelino Chong


Regal Wine
P. O. Box 60000
San Francisco, CA 94160


Roberto Chong
2417 Huntington lane
Redondo Beach, CA 90278


Santa Monica Seafood
18561 Broadway
Compton, CA 90220


Southern Wine
Los Angeles, CA 90074


sysco
20901 E Currier Road
Walnut, CA 91789


The Paper Co
2815 Walnut Ave
Irvine, CA 92606


Toyota Financial Services
P.O. Box 60114
City of Industry, CA 91716

U. S Foods
Los Angeles, CA 90074


Wells Financial National Bank
1620 E Roseville Parkway #100
Roseville, CA 95661


Ye Yuin Linen
2575 S Normandie Ave
Los Angeles, CA 90007


Youngs Market
P. O. Box 37145
Los Angeles, CA 90030

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Anthony O Egbase, Esq.**<br>**800 W 1st. Street**<br>**Suite 400-10**<br>**(213)620-7070 Fax: (213)620-1200**<br>California State Bar Number: **181721**<br><br>*Attorney for Debtor* | |

<table>
<tr><td colspan="2" align="center">**UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**</td></tr>
<tr><td>In re:<br><br>    **Irvine Brothers, Inc. dba Ws China Bistro**<br><br><br><br><br>                    Debtor(s),<br>                  Plaintiff(s),<br>             Defendant(s).</td><td>CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:   **11**</td></tr>
</table>

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Anthony O Egbase, Esq. 181721**          , the undersigned in the above-captioned case, hereby declare
           *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

        ☐ I am the president or other officer or an authorized agent of the debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ■ I am the attorney for the debtor corporation

2.a.   ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        See Addendum

b.     ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**/s/ Anthony O Egbase, Esq.**             **February 18, 2010**
Signature of Attorney or Declarant            Date

  **Anthony O Egbase, Esq. 181721**
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

| In re | | CHAPTER __11__ |
|---|---|---|
| **Irvine Brothers, Inc. dba Ws China Bistro** | | CASE NUMBER |
| | Debtor. | |

# Addendum to Corporate Ownership Statement Pursuant to
# F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

**Fernando Chong**
**1729 10th street**
**Manhattan Beach, CA 90266**

**Marcelino Chong**
**308 Avenue D**
**Redondo Beach, CA 90277**

**Robert Chong**
**405 S prospect Ave**
**Manhattan Beach, CA 90266**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy