Anthony O. Egbase, Esq. SB#181721
Cheryl Christopher, Esq. SB#92872
350 S Figueroa Street
Suite 189
Los Angeles, CA 90071
Tel: 213-620-7070
Fax: 213-620-1200

Attorney for Debtor-in-Possession

FILED
JUN - 8 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ____ Deputy Clerk

ENTERED
JUN - 9 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:10-12014-TA<br>Chapter 11<br><br>ORDER AUTHORIZING<br>DEBTOR-IN-POSSESSION TO<br>EMPLOY ANTHONY EGBASE AND |
| IRVINE BROTHERS, INC. dba<br>Ws China Bistro | CHERYL CHRISTOPHER,<br>AS COUNSEL, ETC.;<br>NOTICE OF ENTERED<br>ORDER AND SERVICE LIST |
| Debtor-in-Possession. | 11 USC Secs. 327, 328; LBR9013-1(o)<br>(No Hearing Required) |

IRVINE BROTHERS, INC. dba Ws China Bistro, the above-captioned debtor-in-possession, ("Debtor") by and through its attorney of record herein, AE, and Cheryl L. Christopher, ("Counsel"), filed an Application to employ Anthony Egbase, Attorney at Law, and Cheryl L. Christopher, Attorney at Law, to act as its Counsel as of February Cheryl L. Christopher, Attorney at Law, as Attorney ("Application"), in which the Debtor requested the authority to employ Christopher as of February 18, 2010, for the purpose of providing legal representation to Debtor. No opposition to the Application was filed, as evidenced by the Declaration Re: Entry of Order Without Hearing currently on file herein.

LODGED
JUN 3 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ____ Deputy Clerk

Having considered the Application and the Statement of Disinterestedness filed in support thereof, and there being no opposition filed in response to the Application, and good cause appearing therefor, the Court hereby ORDERS that

1. The Application is approved; and

2. The Debtor is authorized to employ Anthony Egbase, Attorney at Law, and Cheryl L. Christopher, Attorney at Law, to act as its Counsel as of February 18, 2010, for the purpose of providing legal representation to Debtor its efforts to reorganize under Chapter 11 of the U.S. Bankruptcy Code, and taking any actions related thereto at the expense of the estate, under an hourly fee arrangement as described in the Application, with the amount of compensation to be approved by this Court upon proper application(s) therefor.

3. Counsel may file a fee application not more often than every 60 days from the date of filing of the voluntary petition herein.

Dated: JUN - 8 2010

HONORABLE THEODOR C. ALBERT
UNITED STATES BANKRUPTCY JUDGE

| In re: IRVINE BROTHERS, INC. DBA WS CHINA BISTRO | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:10-12014-TA |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I. below:** The United States trustee and case trustee (if any) will always be in this category.
4) **Category II. below:** List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER AUTHORIZING DEBTOR-IN-POSSESSION TO EMPLOY ANTHONY EGBASE, ESQ. AND CHERYL CHRISTOPHER, ESQ. AS COUNSEL, ETC. _____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 6/2/10 _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **Anthony Egbase**   info@anthonyegbaselaw.com
- **Dennis F Fabozzi**   dsanchez@dfflaw.com
- **Nancy S Goldenberg**   nancy.goldenberg@usdoj.gov
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
Cheryl Christopher, Esq., 9107 Wilshire Blvd, Suite 500, Beverly Hills, CA 90210;

Irvine Brothers, Inc. dba Ws China Bistro, 17585 Harvard Ave, Suite A, Irvine, CA 92614

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:
HON. THEODOR ALBERT, U.S. Bankruptcy Court, 411 W. Fourth St., Courtroom 5B, Santa Ana, CA 92701

☑ Service information continued on attached page

| In re: IRVINE BROTHERS, INC. DBA WS CHINA BISTRO | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:10-12014-TA |

**ADDITIONAL SERVICE INFORMATION** (if needed):

abel Matrix for local noticing
973-8
ase 8:10-bk-12014-TA
entral District Of California
anta Ana
ed Jun  2 14:41:33 PDT 2010

anta Ana Division
11 West Fourth Street, Suite 2030,
anta Ana, CA 92701-4500

arbor Distributing
os Angeles, CA 90084-0001

rvine Company
.00 Innovation Drive
rvine, CA 92617-3040

Roberto Chong
2417 Huntington lane
Redondo Beach, CA 90278-4461

The Paper Co
2815 Warner Ave
Irvine, CA 92606-4443

United States Trustee (SA)
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-8000

Youngs Market
P. O. Box 37145
Los Angeles, CA 90037-0145

Irvine Brothers, Inc. dba Ws China Bistro
17585 Harvard Ave, Suite A
Irvine, CA 92614-8545

E.D.D
Bankruptcy Group MIC
P.O. Box 826880
Sacramento, CA 94280-0001

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Law Offices of
Cheryl L. Christopher
A Professional Corporation
Attorneys and Counselors at Law
9107 Wilshire Blvd. Suite 500
Beverly Hills, CA 90210

Santa Monica Seafood
18561 Broadway
Compton, CA 90220

(p) TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Wells Financial National Bank
1620 E Roseville Parkway #100
Roseville, CA 95661-3303

sysco
20901 E Currier Road
Walnut, CA 91789

Wells Fargo
c/o Law Offices of Dennis F. Fabozzi
41955 Fourth Street, Suite 300
Temecula, CA 92590-2706

Ingardin Brothers
700 Harthaway street
Santa Ana, CA 92705-4126

Regal Wine
P. O. Box 60000
San Francisco, CA 94160-0001

Southern Wine
Los Angeles, CA 90074-0001

U. S Foods
Los Angeles, CA 90074-0001

Ye Yuin Linen
2575 S Normandie Ave
Los Angeles, CA 90007-1564

Anthony Egbase
800 W 1st St, Ste.400-10
Los Angeles, CA 90012-2412

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                          F 9021-1.1