LAW OFFICES OF ANTHONY O. EGBASE & ASSOCIATES
Anthony O. Egbase (SBN 181721)
Cheryl Christopher (SBN 92872)
350 S. Figueroa Street., Ste. 189
Los Angeles, CA 90071
(213) 620-7070
(213) 620-1200 Facsimile

Attorney for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DISTRICT

In Re:

**Irvine Brothers, Inc. Dba**
**W's China Bistro**

Debtor.

Case No.: 8:10-bk-12014-TA

Chapter 11

PROOF OF SERVICE OF NOTICE OF ENTERED ORDER ON ORDER AUTHORIZING DEBTOR-IN-POSSESSION TO EMPLOY ANTHONY O. EGBASE AND CHERYL CHRISTOPHER, AS COUNSEL, ETC

COMES NOW DEBTOR, Irvine Brother, Inc. Dba W's China Bistro, and hereby gives notice of filing Proof of Service on June 11, 2010, attached hereto.

Dated: June 11, 2010                Law Offices of Anthony O. Egbase and Associates

By: _____

Anthony O. Egbase
Attorney for Debtor

PROOF OF SERVICE OF ENTERED ORDER

Anthony O. Egbase, Esq. SB#181721
Cheryl Christopher, Esq. SB#92872
350 S Figueroa Street
Suite 189
Los Angeles, CA 90071
Tel: 213-620-7070
Fax: 213-620-1200



FILED
JUN - 8 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ Deputy Clerk

Attorney for Debtor-in-Possession



ENTERED
JUN - 9 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re:                                )  Case No. 8:10-12014-TA
                                      )  Chapter 11
                                      )
                                      )  ORDER AUTHORIZING
                                      )  DEBTOR-IN-POSSESSION TO
                                      )  EMPLOY ANTHONY EGBASE AND
IRVINE BROTHERS, INC. dba             )  CHERYL CHRISTOPHER,
Ws China Bistro                       )  AS COUNSEL, ETC.;
                                      )  NOTICE OF ENTERED
                                      )  ORDER AND SERVICE LIST
                                      )
Debtor-in-Possession.                 )  11 USC Secs. 327, 328; LBR9013-1(o)
                                      )  (No Hearing Required)

**IRVINE BROTHERS, INC. dba Ws China Bistro**, the above-captioned debtor-in-possession, ("Debtor") by and through its attorney of record herein, AE, and Cheryl L. Christopher, ("Counsel"), filed an Application to employ Anthony Egbase, Attorney at Law, and Cheryl L. Christopher, Attorney at Law, to act as its Counsel as of February Cheryl L. Christopher, Attorney at Law, as Attorney ("Application"), in which the Debtor requested the authority to employ Christopher as of February 18, 2010, for the purpose of providing legal representation to Debtor. No opposition to the Application was filed, as evidenced by the Declaration Re: Entry of Order Without Hearing currently on file herein.



LODGED
JUN 3 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ Deputy Clerk

Having considered the Application and the Statement of Disinterestedness filed in support thereof, and there being no opposition filed in response to the Application, and good cause appearing therefor, the Court hereby ORDERS that

1. The Application is approved; and

2. The Debtor is authorized to employ Anthony Egbase, Attorney at Law, and Cheryl L. Christopher, Attorney at Law, to act as its Counsel as of February 18, 2010, for the purpose of providing legal representation to Debtor its efforts to reorganize under Chapter 11 of the U.S. Bankruptcy Code, and taking any actions related thereto at the expense of the estate, under an hourly fee arrangement as described in the Application, with the amount of compensation to be approved by this Court upon proper application(s) therefor.

3. Counsel may file a fee application not more often than every 60 days from the date of filing of the voluntary petition herein.

Dated: **JUN - 8 2010**

HONORABLE THEODOR C. ALBERT
UNITED STATES BANKRUPTCY JUDGE

| In re: IRVINE BROTHERS, INC. DBA WS CHINA BISTRO | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:10-12014-TA |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I. below:** The United States trustee and case trustee (if any) will always be in this category.
4) **Category II. below:** List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER AUTHORIZING DEBTOR-IN-POSSESSION TO EMPLOY ANTHONY EGBASE, ESQ. AND CHERYL CHRISTOPHER, ESQ. AS COUNSEL, ETC.
_____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 6/2/10_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **Anthony Egbase**    info@anthonyegbaselaw.com
- **Dennis F Fabozzi**    dsanchez@dfflaw.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
Cheryl Christopher, Esq., 9107 Wilshire Blvd, Suite 500, Beverly Hills, CA 90210;

Irvine Brothers, Inc. dba Ws China Bistro, 17585 Harvard Ave, Suite A, Irvine, CA 92614

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:
HON. THEODOR ALBERT, U.S. Bankruptcy Court, 411 W. Fourth St., Courtroom 5B, Santa Ana, CA 92701

☑ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9021-1.1

| In re: IRVINE BROTHERS, INC. DBA WS CHINA BISTRO | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:10-12014-TA |

**ADDITIONAL SERVICE INFORMATION** (if needed):

abel Matrix for local noticing
973-8
ase 8:10-bk-12014-TA
entral District Of California
anta Ana
ed Jun 2 14:41:33 PDT 2010

anta Ana Division
11 West Fourth Street, Suite 2030,
anta Ana, CA 92701-4500

arbor Distributing
os Angeles, CA 90084-0001

rvine Company
.00 Innovation Drive
rvine, CA 92617-3040

oberto Chong
1417 Huntington lane
edondo Beach, CA 90278-4461

The Paper Co
1815 Warner Ave
Irvine, CA 92606-4443

United States Trustee (SA)
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-8000

Youngs Market
P. O. Box 37145
Los Angeles, CA 90037-0145

Irvine Brothers, Inc. dba Ws China Bistro
17585 Harvard Ave, Suite A
Irvine, CA 92614-8545

E.D.D
Bankruptcy Group MIC
P.O. Box 826880
Sacramento, CA 94280-0001

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Law Offices of
Cheryl L. Christopher
A Professional Corporation
Attorneys and Counselors at Law
9107 Wilshire Blvd. Suite 500
Beverly Hills, CA 90210

Santa Monica Seafood
18561 Broadway
Compton, CA 90220

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Wells Financial National Bank
1620 E Roseville Parkway #100
Roseville, CA 95661-3303

sysco
20901 E Currier Road
Walnut, CA 91789

Wells Fargo
c/o Law Offices of Dennis F. Fabozzi
41955 Fourth Street, Suite 300
Temecula, CA 92590-2706

Ingardin Brothers
700 Harthaway street
Santa Ana, CA 92705-4126

Regal Wine
P. O. Box 60000
San Francisco, CA 94160-0001

Southern Wine
Los Angeles, CA 90074-0001

U. S Foods
Los Angeles, CA 90074-0001

Ye Yuin Linen
2575 S Normandie Ave
Los Angeles, CA 90007-1564

Anthony Eghase
800 W 1st St, Ste.400-10
Los Angeles, CA 90012-2412

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                F 9021-1.1

| In re: | | CHAPTER: **11** |
|---|---|---|
| **Irvine Brothers, Inc. dba Ws China Bistro** | Debtor(s). | CASE NUMBER: **8:10-bk-12014-TA** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**World Trade Center, 350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071**

A true and correct copy of the foregoing document described as **Notice of Entered Order on Order Authorizing Debtor-in-Possession to Employ Anthony O. Egbase and Cheryl Christopher, as Counsel, Etc.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **6/11/2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

- Anthony Egbase info@anthonyegbaselaw.com
- Dennis F Fabozzi dsanchez@dfflaw.com
- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **6/11/2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Cheryl L Christopher, Law Office of Cheryl L Christopher PC, 9107 Wilshire Bl Ste 500 , Beverly Hills, CA 90210
Ernie Zachary Park, 13215 E Penn St #510 , Whittier, CA 90602
Honorable Theodor Albert, USBC 411 W. Fouth Street, Ctrtm 5B, Santa Ana, CA 92701

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/11/2010 | **JOANNE SANCHEZ** | _/s/ Signature_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

**F 9013-3.1**
Best Case Bankruptcy

Label Matrix for local noticing
0973-8
Case 8:10-bk-12014-TA
Central District Of California
Santa Ana
Fri Jun 11 15:30:12 PDT 2010

Irvine Brothers, Inc. dba Ws China Bistro
17585 Harvard Ave, Suite A
Irvine, CA 92614-8545

Wells Fargo
c/o Law Offices of Dennis F. Fabozzi
41955 Fourth Street, Suite 300
Temecula, CA 92590-2706

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

E.D.D
Bankruptcy Group MIC
P.O. Box 826880
Sacramento, CA 94280-0001

Fernando Chong

Harbor Distributing
Los Angeles, CA 90084-0001

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Ingardin Brothers
700 Harthaway street
Santa Ana, CA 92705-4126

Irvine Company
100 Innovation Drive
Irvine, CA 92617-3040

Marcelino Chong

Regal Wine
P. O. Box 60000
San Francisco, CA 94160-0001

Roberto Chong
2417 Huntington lane
Redondo Beach, CA 90278-4461

Santa Monica Seafood
18561 Broadway
Compton, CA 90220

Southern Wine
Los Angeles, CA 90074-0001

The Paper Co
2815 Warner Ave
Irvine, CA 92606-4443

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

U. S Foods
Los Angeles, CA 90074-0001

United States Trustee (SA)
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-8000

Wells Financial National Bank
1620 E Roseville Parkway #100
Roseville, CA 95661-3303

Ye Yuin Linen
2575 S Normandie Ave
Los Angeles, CA 90007-1564

Youngs Market
P. O. Box 37145
Los Angeles, CA 90037-0145

sysco
20901 E Currier Road
Walnut, CA 91789

Cheryl L Christopher
Law Office of Cheryl L Christopher PC
9107 Wilshire Bl Ste 500
Beverly Hills, CA 90210-5526

```
INTERNAL REVENUE SERVICE              Toyota Financial Services
PO Box 21126                          P.O. Box 60114
PHILADELPHIA, PA 19114                City of Industry, CA 91716
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)The Irvine Company, A Delaware limited lia    End of Label Matrix
                                                 Mailable recipients   24
                                                 Bypassed recipients    1
                                                 Total                 25
```